RACHAEL McPHERSON v. C. U. L. REALTY CORP.— Motion for reargument denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ. [See 270 App. Div. 1.]

ICYLIND McDONALD et al. v. FREDLAND REALTY CORPORATION.— Motion for reargument denied, with $10 costs, and stay vacated. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ. [See *ante*, p. 969.]

In the Matter of the Application to Stay Arbitration between RKO SERVICE CORPORATION and MOVING PICTURE MACHINE OPERATORS UNION, LOCAL 306.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Glennon, J., taking no part. [See *ante*, p. 925.]

MANHATTAN SAVINGS BANK v. FRIEND L. TUTTLE, as Sole Surviving Executor and Trustee under the Will of ANGELO UBRIACO, Deceased, et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs and stay vacated. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.; Glennon, J., taking no part. [See *ante*, p. 939.]

ALEXANDER'S DEPARTMENT STORES, INC., v. OHRBACH'S, INC., et al.— Motion to resettle order entered November 14, 1945, denied and stay vacated. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

## SECOND DEPARTMENT, NOVEMBER, 1945.

### (November 5, 1945.)

CATHRYN CHISHOLM, Respondent, v. GLAD PEARL, INC., Appellant.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ. [See *ante*, p. 943.]

BRUNO GROSSMANN, Appellant, v. CLUB TRANSPORTATION CORP., Respondent. YONKERS GENERAL HOSPITAL, Plaintiff, v. CLUB TRANSPORTATION CORP., Defendant.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ. [See *ante*, p. 944.]

MATILDA LUCEY, Respondent, v. REGINALD LUCEY, Appellant.— Motion for reargument denied, without costs. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ. [See *ante*, p. 948.]

PRIMO OUTFITTING CO., INC., Respondent, v. LONDON & SCOTTISH ASSURANCE CORPORATION, LIMITED, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

MAE C. TAILBY, Respondent, v. CLARENCE B. TAILBY, Appellant.— Motion No. 625. Motion for leave to appeal to the Court of Appeals denied. Motion No. 626. In view of the decision in *Tailby* v. *Tailby* ·(Motion No. 625), decided herewith, the motion is dismissed, without costs. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ. [See *ante*, p. 942.]